■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DANIELS, Appellant.—

We find that the court properly denied the defendant's application to withdraw his guilty pleas *(see, People v Harris,* 61 NY2d 9). The statements by the defendant prior to sentence did not warrant vacatur of the pleas *(see, People v Melendez,* 135 AD2d 660). Mollen, P. J., Brown, Kunzeman, Eiber and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELROY DARBY, Appellant.—

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Bracken, Brown and Kunzeman, JJ., concur.